JOHN C. GALE v. EMELINE GOULD ET AL.

*Time for taking appeal.*

The forty days within which an appeal must be taken run from the date of the settlement of the case.  Act 26 of 1877.

MOTION to dismiss appeal on the ground that it had been taken too late.  The testimony had been taken in open court.  Submitted January 7.  Denied January 8.

*M. V. Montgomery* for the motion.

*H. A. Shaw* against.

PER CURIAM.  Appeal was taken within forty days after settlement of the case.  The law of 1877 [Pub. Acts, p. 18] changes the old law and makes the time for taking appeal run from the settlement of the case.

---

PEOPLE EX REL. ROBERT KNOX v. TREASURER OF WAYNE.

*Payment of jurors.*

Fees for attendance on jury in courts of record having a seal are payable from the county treasury.

MANDAMUS to require the county treasurer to pay fees for attendance on jury in a municipal court.  Submitted January 7.  Granted January 8.

*F. A. Baker* for the relator.

*Charles E. Miller* for the respondent.

PER CURIAM.  The jury law makes jury fees in courts of record with a seal payable out of the county treasury.

This is applicable to the Superior Court of Detroit; affirming *Covell v. Treasurer of Kent County*, 36 Mich., 332.